**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 05-7860**

———————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

LLOYD GEORGE MAXWELL,

Defendant - Appellant.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Albert V. Bryan, Jr., Senior District Judge.  (CR-93-262)

———————

Submitted: January 26, 2006          Decided:  February 3, 2006

———————

Before LUTTIG, WILLIAMS, and GREGORY, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Lloyd George Maxwell, Appellant Pro Se.  Thomas More Hollenhorst, Assistant United States Attorney, Alexandria, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Lloyd George Maxwell appeals the district court's order denying his motion under 18 U.S.C. § 1623 (2000) challenging his conviction and sentence. Because Maxwell's motion amounted to a successive 28 U.S.C. § 2255 (2000) motion for which Maxwell failed to obtain authorization under 28 U.S.C. § 2244 (2000) to file, the district court was without jurisdiction to grant Maxwell relief. Accordingly, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED